# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

MIKEAL GLENN STINE,

          **Plaintiff,**

v.                                   CIVIL NO. 10-3158-SAC

MICHAEL K. NALLEY,

          **Defendant.**

( )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( X )   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice due to plaintiff's failure to submit the full filing fee as directed.

Entered on the docket   10/28/10

Dated: October 28, 2010         TIMOTHY M. O'BRIEN, CLERK

                                                A. Ruby
                                                **Deputy Clerk**